# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO: 3:05CR271

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff<br><br>vs.<br><br>DAVID HOWARD,<br>　　　　Defendant. | )<br>)<br>)<br>)　　**ORDER**<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** upon the receipt of a letter from David Howard, dated August 30, 2005 (the "Letter"). In the Letter, Mr. Howard makes various statements about the conduct of his attorney, but does not ask for any specific relief.

The record reflects that Mr. Howard is represented by appointed counsel, G. Bruce Park. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Howard has any matters he wishes this Court to consider, they must be submitted through his attorney. The Court notes Mr. Howard's contentions that Mr. Park is not adequately representing Mr. Howard's interests. As such, the Court will schedule an inquiry into the status of counsel.

The Clerk of Court is directed to send a copy of the Letter to Mr. Park along with his copy of this Order.

SO ORDERED. This the 8th day of September, 2005.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE