IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cr271(2)

UNITED STATES OF AMERICA

vs.

DAVID L. HOWARD

THIS MATTER is before the Court on order from Fourth Circuit Court of Appeals remanding case directing defendant be returned for resentencing.

**NOW, THEREFORE, IT IS ORDERED** that the United States Marshal have the Defendant DAVID L. HOWARD (Reg. No. 19788-058) present in Charlotte, North Carolina for resentencing Tuesday, September 29, 2009 at 9:30 a.m.

The clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office for the Western District of North Carolina.

Robert J. Conrad, Jr.
Chief United States District Judge

Signed: September 3, 2009